UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

KAMALDOSS, et al.,

        Defendants.

------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

19 MJ 793 (RLM)

        **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq. and Jeffrey Einhorn, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017, appear on behalf of defendant HARPREET SINGH in the above-captioned case.

Dated:    New York, New York
            September 20, 2019

 

_____
**JEFFREY LICHTMAN, ESQ. (JE6328)**
**LAW OFFICES OF JEFFREY LICHTMAN**
11 East 44th Street, Ste. 501
New York, New York 10017
Ph: (212) 581-1001
Fax: (212) 581-4999
jl@jeffreylichtman.com

_____
**JEFFREY EINHORN, ESQ. (JE1948)**
**LAW OFFICES OF JEFFREY LICHTMAN**
11 East 44th Street, Ste. 501
New York, New York 10017
Ph: (212) 581-1001
Fax: (212) 581-4999
einhorn@jeffreylichtman.com