LAW OFFICES OF
# Jeffrey Lichtman
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

December 2, 2019

BY EMAIL: Erica_m_williams@nyed.uscourts.gov
Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11217

Re: <u>United States v. Harpreet Singh</u>, 19 MJ 793

Dear Judge Scanlon:

I am writing on behalf of defendant Harpreet Singh to respectfully request a modification of the defendant's bail conditions which would permit Mr. Singh to drive his infant child and wife to John F. Kennedy International Airport on December 9, 2019 so that they may return to India. For this trip, Mr. Singh would be out of his home from 9:00 a.m. until approximately noon that same day. The government, by AUSA Nicholas Moscow, has no objection to this request.

By way of background, Mr. Singh was released by Judge Bloom on September 13, 2019 via a $200,000 personal recognizance bond co-signed by two sureties and secured by $30,000 in cash, with conditions that he only leave his home for attorney's visits, court appearances, medical treatment, employment and other activities approved by Pretrial Services. Since that time, Mr. Singh has consented to three orders of excludable delay and has remained on pretrial release without issue.

*Granted*
s/ Scanlon
USMJ
12/3/19

JEFFREY LICHTMAN

Hon. Vera Scanlon
United States Magistrate Judge
December 2, 2019
Page 2

Thank you for your consideration of this matter. I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Einhorn

cc: Nicholas Moscow, Esq.
Assistant United States Attorney (by email)

USPO Sanchez (by email)

SO ORDERED:

_____
U.S.M.J. Vera M. Scanlon